Dismissed and Memorandum Opinion filed July 1, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00163-CV

____________

 

MARION H. TINDALL, Individually and d/b/a 

COTTAGE SCHOOL SYSTEM, INC., and COTTAGE SCHOOL
SYSTEM, INC., Appellants

 

V.

 

HIBBS-HALLMARK & COMPANY, Appellee

 



 

On Appeal from the 125th District Court

Harris County, Texas

Trial Court Cause No. 2006-10417

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 20, 2008.  On March 17, 2010, the
appeal of the corporate appellant, Cottage School System, Inc., was dismissed
for want of prosecution by per curiam order.  On June 21, 2010, appellee filed
an agreed motion to dismiss the appeal with prejudice because all matters in controversy
have been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed with prejudice.

 

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.